IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| TERRENCE M. HUMPHREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 3:19-cv-00061 |
| | ) JURY DEMAND |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |

## AGREED STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This matter came before the Court on the Parties' joint motion for entry of an agreed stipulation and final order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41. It appears to the Court, as evidenced by the signatures of counsel below, that all Parties agree to the dismissal of this matter with prejudice.

Based on the agreement of the Parties, the joint motion of the Parties, and the record as a whole, it appears to the Court that this matter should be dismissed with prejudice.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

IT IS SO ORDERED on this __18__ day of __October__, 2019.

_____
~~JUDGE~~
U.S. Magistrate Judge

APPROVED FOR ENTRY:

s/Maria T. de Quesada
G. Andrew Rowlett, No. 16277
Maria T. de Quesada, No. 24389
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
(615) 244-3370
arowlett@howell-fisher.com
mdequesada@howell-fisher.com
Attorneys for Defendant


s/ Glen B. Rutherford (with express permission by MdQ)
Glen B. Rutherford, No. 004493
706 Walnut Street, Suite 800
P. O. Box 1668
Knoxville, TN 37901
(865) 544-0550
Grutherford@knoxlawyers.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via the electronic filing system upon Glen B. Rutherford, 706 Walnut Street, Suite 800, P. O. Box 1668, Knoxville, TN 37901, Grutherford@knoxlawyers.com, this the 17th day of October, 2019.

s/ Maria T. de Quesada

W:\MTQ\MTQ\Palmer, Waulinda\Settlement\Joint motion entry agreed stipulation and order of dismissal.7.25.19.docx